AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.   DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# File Hashes for IP Address 98.114.46.38

**ISP:** Verizon FiOS
**Physical Location:** Wayne, PA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 08/28/2013 23:11:58 | DB8DC83A365F22DEFEBDA8FAFF48F3436CEE2B72 | We Love Ourselves |
| 08/24/2013 20:54:57 | C53FA526A5629F6D4748CBE2351FE507F7876AA6 | Spontaneous |
| 08/24/2013 18:42:37 | 8DEFB779C0FB0E97B6FD55FA1F7D1FCC1C6F9AC4 | Alone Is A Dream Left Behind |
| 08/20/2013 21:30:54 | 904A1DA01C4575CAB34A608694AB0072ECBD4230 | I Love James Deen |
| 08/20/2013 06:24:34 | 396A4186E0ED3391ADD8DEB349DAB8F487164D58 | Stay for a While |
| 08/20/2013 05:50:17 | 4A9C84E2FA91E5684449B09DF4350DA45B6A4AA6 | Sneaking In |
| 08/20/2013 05:48:24 | ACDAEFDE2178B62CEC4D41D79580993E1E456571 | Raw Passion |
| 08/20/2013 05:44:30 | D6916EB46F36C54FF53A9E312D27C4D60C6B03F2 | Introducing Mila |
| 08/16/2013 02:09:19 | 01E260D117B5C3803E0F9C150AE2F1473A9AA414 | Malibu Moments Part #2 |
| 08/14/2013 23:30:04 | 7664F374778600CD84FE99FF50FD30C624366F16 | Introducing Kiki |
| 08/14/2013 01:12:03 | 932B7D14F698B20EDF368118301290E6443EB090 | New Romance |
| 08/14/2013 00:05:47 | 6B3AD6CD8876E455AA4BC7F7A00D5CE42B6415D0 | Triple Threat |
| 08/13/2013 17:28:03 | 491C2A66EC8F35F3375AD55E4B2144DB96461E37 | This Really Happened |
| 08/13/2013 17:08:22 | 2ACF0480806D3286544128C4828994D87A1D19C2 | Up Close and Personal |
| 08/13/2013 17:01:47 | 88C8210E8F6FB709226103A0F25855F07BA3E19E | A Little Rain Must Fall |
| 08/09/2013 22:45:25 | CF85DFCC3E8B64D49F5DC0875481F171D3428FE3 | So Close Together |
| 08/08/2013 01:25:43 | B3452C59A4168E85544EACD8ECB394D40FF25153 | Girl in a Room |
| 08/01/2013 00:45:37 | 36B5E5B1F0BD4FD420E645FEA60DF4248C1708D2 | Made for Each Other |
| 07/30/2013 03:59:27 | 3A3A4BD4A0596C9B8997D6B75B8BF8549B1E4699 | Burning |
| 07/29/2013 23:41:21 | FCD626C67E5AB66979C85286C93FF1CB9B3E9ABF | Clean and Wet |
| 07/26/2013 01:36:00 | 5208BCFE4E35301F7B6840551E0840BA8C379023 | Make me Feel Beautiful |
| 07/24/2013 05:03:50 | F04CBE5EC672BD1370DED06B364A62B3F2D050DF | Without Words |
| 07/23/2013 23:12:14 | BBA334C79959B8C3EBCDD5647866DF199AE6D22E | Going Strong |

EXHIBIT A

EPA198

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/20/2013 02:22:05 | E77F7B746C7D236EF935E348961A2546407FE3A6 | Mad Passion |
| 07/20/2013 00:21:05 | A3A2F3156DF2254EFDE499C2A390E9759EF10F65 | Simply Stunning |
| 07/20/2013 00:21:01 | A5875E8291B28720EBD70E2F3D29CCE76A9A25A7 | I Touch Myself |
| 07/20/2013 00:07:46 | F4C1E5877348813A5B8700B33AB5040F133DEB6B | Czech Beauties |
| 07/19/2013 04:18:20 | D0F9DB5218864AFDC395504DDF15862406E393FD | Pool Party For Three |
| 07/19/2013 04:13:40 | 53E8068629FC21F23779B78A42D8C8AA03DE63AB | Newlyweds |
| 06/28/2013 00:04:33 | DBE2FE351E56985D632F902C920F2EFF27B9CC3F | Dreams Do Come True |
| 06/27/2013 23:49:12 | DEF8CB75C4D4EC9F98A7E12472F4EC35677E70D6 | Model Couple |
| 06/27/2013 23:11:33 | 96E766C260C75B00EBC9BD7CB5D972EF58B71A17 | Only Girls |
| 06/22/2013 05:21:55 | FA40A6265A9E3D013F8DE51823644B4368C32A34 | Romantic Memories |
| 06/22/2013 02:53:16 | B32950518EBF0373956433C4751456C245B55719 | What a Girl Wants Part #2 |
| 06/22/2013 02:06:37 | 093082CAB5CB2787F01DAB126C6BADEBCFEF6DC1 | Carmen Leila Christmas Vacation |
| 06/07/2013 21:31:38 | 19950F1864BD81FF89713F9D205EF58D737A030B | Bad Girls |
| 06/07/2013 00:12:14 | 8DA81204AE96179A5987BEDECBF9525BC25E5D79 | Breakfast in Bed |
| 06/06/2013 22:42:45 | F71F475FF6808D1C56053E506C04E020546B686C | Slow Motion |
| 06/05/2013 21:14:49 | F92D320B3D153EB848CD9C470477E1C3F5C2281B | Good Morning Baby |
| 05/31/2013 21:17:09 | 151F3ADFFCCDBB8DBE76C4906C330C01AA3880CD | Elle Hearts Girls |
| 05/22/2013 21:39:18 | E18C300FB1843F706CBB66DD23165FB7232E0D76 | Snow White and the Prince |

**Total Statutory Claims Against Defendant: 41**

**Copyrights-In-Suit for IP Address 98.114.46.38**

**ISP:** Verizon FiOS
**Location:** Wayne, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 08/13/2013 |
| Alone Is A Dream Left Behind | PENDING | 08/24/2013 | 09/10/2013 | 08/24/2013 |
| Bad Girls | PA0001847661 | 06/07/2013 | 06/17/2013 | 06/07/2013 |
| Breakfast in Bed | PA0001787253 | 04/16/2012 | 04/17/2012 | 06/07/2013 |
| Burning | PENDING | 07/27/2013 | 08/26/2013 | 07/30/2013 |
| Carmen Leila Christmas Vacation | PA0001771706 | 12/16/2011 | 01/17/2012 | 06/22/2013 |
| Clean and Wet | PENDING | 07/29/2013 | 08/28/2013 | 07/29/2013 |
| Czech Beauties | PENDING | 07/19/2013 | 08/01/2013 | 07/20/2013 |
| Dreams Do Come True | PA0001851979 | 06/26/2013 | 06/27/2013 | 06/28/2013 |
| Elle Hearts Girls | PA0001847652 | 05/30/2013 | 06/18/2013 | 05/31/2013 |
| Girl in a Room | PENDING | 08/07/2013 | 09/06/2013 | 08/08/2013 |
| Going Strong | PENDING | 07/06/2013 | 08/02/2013 | 07/23/2013 |
| Good Morning Baby | PA0001847655 | 06/04/2013 | 06/18/2013 | 06/05/2013 |
| I Love James Deen | PENDING | 08/20/2013 | 09/10/2013 | 08/20/2013 |
| I Touch Myself | PA0001846084 | 05/21/2013 | 06/16/2013 | 07/20/2013 |
| Introducing Kiki | PENDING | 08/11/2013 | 09/08/2013 | 08/14/2013 |
| Introducing Mila | PENDING | 07/23/2013 | 08/01/2013 | 08/20/2013 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 07/20/2013 |
| Made for Each Other | PENDING | 07/31/2013 | 08/29/2013 | 08/01/2013 |
| Make me Feel Beautiful | PENDING | 07/25/2013 | 08/01/2013 | 07/26/2013 |
| Malibu Moments Part #2 | PENDING | 08/15/2013 | 09/02/2013 | 08/16/2013 |

EXHIBIT B

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Model Couple | PA0001852677 | 06/22/2013 | 06/27/2013 | 06/27/2013 |
| New Romance | PENDING | 08/05/2013 | 09/03/2013 | 08/14/2013 |
| Newlyweds | PENDING | 07/04/2013 | 07/26/2013 | 07/19/2013 |
| Only Girls | PA0001852678 | 06/24/2013 | 06/27/2013 | 06/27/2013 |
| Pool Party For Three | PENDING | 07/13/2013 | 08/01/2013 | 07/19/2013 |
| Raw Passion | PENDING | 08/18/2013 | 09/02/2013 | 08/20/2013 |
| Romantic Memories | PA0001790375 | 05/16/2012 | 05/16/2012 | 06/22/2013 |
| Simply Stunning | PA0001843103 | 05/03/2013 | 05/14/2013 | 07/20/2013 |
| Slow Motion | PA0001787875 | 04/22/2012 | 04/23/2012 | 06/06/2013 |
| Sneaking In | PENDING | 08/17/2013 | 09/08/2013 | 08/20/2013 |
| Snow White and the Prince | PA0001846095 | 05/22/2013 | 06/17/2013 | 05/22/2013 |
| So Close Together | PENDING | 08/09/2013 | 09/08/2013 | 08/09/2013 |
| Spontaneous | PENDING | 08/22/2013 | 09/10/2013 | 08/24/2013 |
| Stay for a While | PENDING | 07/05/2013 | 08/02/2013 | 08/20/2013 |
| This Really Happened | PENDING | 08/03/2013 | 09/01/2013 | 08/13/2013 |
| Triple Threat | PENDING | 08/13/2013 | 09/02/2013 | 08/14/2013 |
| Up Close and Personal | PENDING | 07/21/2013 | 08/01/2013 | 08/13/2013 |
| We Love Ourselves | PENDING | 08/26/2013 | 09/08/2013 | 08/28/2013 |
| What a Girl Wants Part #2 | PA0001847660 | 06/15/2013 | 07/09/2013 | 06/22/2013 |
| Without Words | PENDING | 07/17/2013 | 08/01/2013 | 07/24/2013 |

Total Malibu Media, LLC Copyrights Infringed: 41

EXHIBIT B

EPA198